# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 11-141 (4) (RHK/JJK) |
| Plaintiff, | |
| v. | |
| James Nathan Fry, | |
| Defendant. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 13, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS ORDERED** that Defendant James Nathan Fry's Second Motion to Dismiss Counts 25–27 (Doc. No. 82) is **GRANTED**.

Dated: May 15, 2012

                                                s/Richard H. Kyle  
                                                RICHARD H. KYLE  
                                                United States District Judge